```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 12045
   KIMBERLY A MCQUILLAN
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-6517

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 05/12/2008 and was confirmed 07/17/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/06/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID            PAID
-------------------------------------------------------------------------------
AT & T                       UNSECURED        NOT FILED          .00             .00
COMMONWEALTH EDISON          UNSECURED           991.23          .00             .00
COMCAST                      UNSECURED        NOT FILED          .00             .00
COOK COUNTY STATES ATTOR     UNSECURED        NOT FILED          .00             .00
CITY OF CHICAGO WATER DE     UNSECURED        NOT FILED          .00             .00
PEOPLES GAS LIGHT & COKE     UNSECURED           941.31          .00             .00
JEFFERSON CAPITAL SYSTEM     UNSECURED           700.66          .00             .00
ARCHER BANK                  UNSECURED        NOT FILED          .00             .00
US DEPT OF EDUCATION         UNSECURED              .00          .00             .00
US DEPT OF EDUCATION         UNSECURED              .00          .00             .00
US DEPT OF EDUCATION         UNSECURED              .00          .00             .00
US DEPT OF EDUCATION         UNSECURED              .00          .00             .00
US DEPT OF EDUCATION         UNSECURED              .00          .00             .00
US DEPT OF EDUCATION         UNSECURED              .00          .00             .00
SALLIE MAE GUARANTEE SER     UNSECURED              .00          .00             .00
UNITED STUDENT AID FUND      UNSECURED              .00          .00             .00
UNITED STUDENT AID FUND      UNSECURED              .00          .00             .00
UNITED STUDENT AID FUND      UNSECURED              .00          .00             .00
UNITED STUDENT AID FUND      UNSECURED              .00          .00             .00
UNITED STUDENT AID FUND      UNSECURED              .00          .00             .00
MIDLAND CREDIT MANAGEMEN     CURRENT MORTG         .00           .00             .00
MIDLAND CREDIT MANAGEMEN     MORTGAGE ARRE     1242.00           .00         1242.00
CITY OF CHICAGO WATER DE     SECURED NOT I      711.42           .00             .00
THAYER C TORGERSON           DEBTOR ATTY          .00                            .00
TOM VAUGHN                   TRUSTEE                                          108.00
DEBTOR REFUND                REFUND                                              .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    1,350.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 12045 KIMBERLY A MCQUILLAN
```

```
PRIORITY                                                               .00
SECURED                                                           1,242.00
UNSECURED                                                              .00
ADMINISTRATIVE                                                         .00
TRUSTEE COMPENSATION                                                108.00
DEBTOR REFUND                                                          .00
                                            ---------------   ---------------
TOTALS                                            1,350.00         1,350.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 02/24/09                         /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE